UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
:
LINDA LARACH COHEN et al.,                               :
:
                             Plaintiffs,           :
:     25-CV-1195 (JMF)
        -v-                                           :
:     ORDER
MELISSA AVILES-RAMOS et al.,                             :
:
                             Defendants.           :
:
---------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       Pursuant to the Court's February 27, 2025 Order, ECF No. 9, Plaintiffs were required to file their motion for summary judgment by April 25, 2025. To date, Plaintiffs have not filed any motion for summary judgment. As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to **May 1, 2025**. Failure to file the motion for summary judgment by that deadline may result in the case being dismissed for failure to prosecute and/or as abandoned.

       SO ORDERED.

Dated: April 28, 2025
       New York, New York                            JESSE M. FURMAN
                                                  United States District Judge